# ATTACHMENT B

TOTAL PARK PROJECT AREA
PHASE I - PARK AREA

PROJECT AREA MAP
LONG WHARF

615'±
150'±
85'±

CUSTOM HOUSE BUILDING
CHART HOUSE
OLD FOUNDATION
MBTA TUNNEL

STATE ST
ATLANTIC
COMMERCIAL
WHARF

6 S boundary map
3/27/80

NPS1935