**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Boston Redevelopment Authority
   Plaintiff

                     CIVIL ACTION
     V.                  NO.  1:14-cv-12990-PBS

National Park Service, et al
   Defendants

## ORDER OF DISMISSAL

<u>SARIS, Chief Judge</u>

In accordance with the Court's Order dated <u>August 26, 2015</u>, granting Defendant's Motion for Summary Judgment. It is hereby ORDERED that the above-entitled action be and hereby is Dismissed.

                                                  By the Court,

8/26/2015                                      /s/ C. Geraldino-Karasek
  Date                                          Deputy Clerk